**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Occidental Hotels & Resorts, | NO. C 06-03878 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FS Suntours, Inc., | |
| Defendant. | |

In light of the Motion for Default Judgment filed by Plaintiff, the Court continues the case management conference currently scheduled for October 30, 2006 to **November 6, 2006 at 10:00 a.m.**

Dated: October 25, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David R. Shane shanetaitz@aol.com
Robert J. Taitz shanetaitz@aol.com

**Dated:  October 25, 2006**                              **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers            **
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**