**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Occidental Hotels & Resorts, | NO. C 06-03878 JW |
|     Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| FS Suntours, Inc., | |
|     Defendant. | |

In light of the Motion for Default Judgment filed by Plaintiff, the Court vacates the case management conference presently scheduled for November 6, 2006.

Dated: November 2, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David R. Shane shanetaitz@aol.com
Robert J. Taitz shanetaitz@aol.com

| | |
|---|---|
| **Dated:  November 2, 2006** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |