IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Occidental Hotels & Resorts, | NO. C 06-03878 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| FS Suntours, Inc., | |
| Defendant. | |

Occidental Hotels & Resorts ("Plaintiff") filed this diversity action against FS Suntours, Inc. ("Defendant") on June 26, 2006. (See Docket Item No. 1.) Defendant was served on July 10, 2006. (See Docket Item No. 4.) After Defendant failed to answer, Plaintiff requested an entry of default. (See Docket Item No. 7.) The Clerk entered default on August 9, 2006. (See Docket Item No. 8.) Plaintiff filed a motion for default judgment on October 16, 2006. (See Docket Item No. 11.) However, Plaintiff failed to properly notice a hearing date for its motion. Plaintiff also failed to submit briefs, supporting documents, and proof of damages in accordance with the Civil Local Rules. On September, 28, 2007, the Court denied Plaintiff's motion for default judgment without prejudice to being renewed. (See Docket Item No. 24.) To date, Plaintiff has not yet renewed its motion for default judgment and has failed to otherwise prosecute the case.

Accordingly, the Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, California on **Monday, March 17, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed.

1 R. Civ. P. 41(b) for lack of prosecution. On or before **March 10, 2008**, Plaintiff shall file a
2 certification in response to the Order to Show Cause. The certification shall set forth the status of
3 the litigation and the reason no action has been taken.
4     If no certification is filed, the **March 17, 2008** hearing will be vacated automatically and the
5 case will be dismissed. Failure to comply with any part of this Order will be deemed sufficient
6 grounds to dismiss this action.

Dated: February 29, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Russell Shane shanetaitz@aol.com
Robert J. Taitz shanetaitz@aol.com

**Dated: February 29, 2008**           **Richard W. Wieking, Clerk**

                                      **By:  /s/ JW Chambers**
                                            **Elizabeth Garcia**
                                            **Courtroom Deputy**